UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. HINE,
    Petitioner,

No. 1:09-cv-819

-v-

HONORABLE PAUL L. MALONEY

BLAINE C. LAFLER,
    Respondent.

## JUDGMENT

Having denied the petition for habeas relief filed under 28 U.S.C. § 2254, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 5, 2010                              /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge